Hakan LANS, Plaintiff–Appellant,

v.

DELL COMPUTER CORPORATION, Defendant–Appellee.

Hakan Lans, Plaintiff–Appellant,

v.

Acer America, Inc., Defendant– Appellee.

Hakan Lans, Plaintiff–Appellant,

v.

AST Research Corp., Defendant– Appellee.

Uniboard Aktiembolag, Plaintiff–Appellant,

v.

Acer America, Inc.,

and

AST Research, Inc., Compaq Computer Corporation, and Digital Equipment Corporation,

and

Dell Computer Corporation,

and

Gateway 2000, Inc.,

and

Hewlett–Packard Company, Defendants–Appellees.

Nos. 02–1112, 02–1113, 02–1114, 02–1115.

United States Court of Appeals, Federal Circuit.

Feb. 15, 2002.

ON MOTION

GAJARSA, Circuit Judge.

*ORDER*

Gateway 2000, Inc. moves to dismiss appeal no. 02–1115 as premature. Gateway also advises the court of the issuance of a recent decision, *Special Devices, Inc. v. OEA, Inc.*, 269 F.3d 1340 (Fed.Cir.2001) concerning the jurisdictional issues raised in its motion to dismiss. Uniboard Aktiebolag responds to the submissions and agrees that, in light of *Special Devices*, the appeal is premature. Hakan Lans moves to dismiss appeal nos. 02–1112, 02–1113, and 02–1114 as premature.[*]

Upon consideration thereof,

---

[*] Lans requests dismissal "without prejudice." It is this court's usual practice not to desig-

IT IS ORDERED THAT:

(1) The motions to dismiss are granted.

(2) All parties shall bear their own costs.

---

nate dismissals as being with or without prejudice.